1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   SHERMAN D. MANNING,                    No. CIV S-08-1881-JAM-CMK-P

12              Plaintiff,

13        vs.                                <u>ORDER</u>

14   PLEASANT VALLEY STATE
     PRISON, et al.,

15
                Defendants.
16
     _____/
17

18              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19   to 42 U.S.C. § 1983.  For cases such as this, which are based on federal question jurisdiction, the

20   federal venue statute requires that the action be brought only in "(1) a judicial district where any

21   defendant resides, if all defendants reside in the same State, (2) a judicial district in which a

22   substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

23   of property that is the subject of the action is situated, or (3) a judicial district in which any

24   defendant may be found, if there is no district in which the action may otherwise be brought."  28

25   U.S.C. § 1391(b).  While plaintiff states that he "wants to sue C.D.C./P.V.S.P.," apparently

26   referring to the California Department of Corrections and Rehabilitation and Pleasant Valley

                                          1

State Prison, it is clear that his claim(s) concern events at the California Men's Colony in San Luis Obispo County, which is within the boundaries of the United States District Court for the Central District of California.  Therefore, the court finds that this action most appropriately proceeds in that district.  In the interest of justice, the court will transfer this case.  See 28 U.S.C. § 1406(a).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED:  September 3, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE